80), the order appealed from must be affirmed. Order affirmed, with costs and disbursements.

DAVIS v. DAVIS. (Supreme Court, Appellate Division, First Department. November 10, 1905.) Action by Carrie C. Davis against Emma L. Davis. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.

DAVISON, Appellant, v. WELLS, Sheriff, Respondent. (Supreme Court, Appellate Division, Second Department. September 29, 1905.) Action by Charles G. Davison, as receiver, etc., of Jennie E. Morch, against J. Sheridan Wells, as sheriff of Suffolk county. No opinion. Motion to dismiss appeal denied.

DEANE v. SIRE. (Supreme Court, Appellate Division, First Department. November 17, 1905.) Action by Sydney Deane against Leander S. Sire. No opinion. Motion denied, with $10 costs.

DEMPSEY, Respondent, v. BOARD OF EDUCATION OF CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. June 23, 1905.) Action by John J. Dempsey against the board of education of the city of New York. No opinion. Judgment unanimously affirmed, with costs.

In re DEPARTMENT OF DOCKS. (Supreme Court, Appellate Division, First Department. October 13, 1905.) In the matter of the department of docks. No opinion. Motion denied, with leave to renew after the decision of the motion in the court below.

DETWILER, Respondent, v. DOWLING, Appellant, et al. (Supreme Court, Appellate Division, First Department. November 10, 1905.) Action by Thomas N. Detwiler against John F. Dowling, impleaded. M. Kendall, for appellants. R. P. Chittenden, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

In re DEVINE. (Supreme Court, Appellate Division, First Department. July 7, 1905.) In the matter of Thomas F. Devine. E. Schenck, for appellant. J. A. Delehanty, for respondent. No opinion. Order modified, by deducting $100, and, as modified, affirmed, without costs.

In re DE VOE. (Supreme Court, Appellate Division, Second Department. November 17, 1905.) In the matter of the judicial settlement of the account of Rita W. De Voe, as administratrix, etc., of Charles P. Ebbetts, deceased. No opinion. Motion granted, and order resettled, so as to allow costs, payable out of the estate, to each group of respondents appearing by separate attorney.

DICKEY, Appellant, v. INTERNATIONAL RY. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. November 29, 1905.) Action by Adam Dickey against the International Railway Company.

PER CURIAM. Order affirmed, with costs. Held, that it must be assumed that the order granting the motion for a new trial was granted, upon the ground, among others, that the verdict was against the weight of the evidence, and that, this being so, said order should be affirmed, without passing upon the question whether, as matter of law, the plaintiff was entitled to go to the jury.

DICKINSON, Appellant, v. HARRIS, Respondent. (Supreme Court, Appellate Term. November 24, 1905.) Appeal from Municipal Court, Borough of Manhattan, Tenth District. Action by Joseph H. Dickinson against Henry Harris. From an adverse judgment, plaintiff appeals. Reversed. Wilford H. Smith, for appellant. Dittenhoefer, Gerber & James, for respondent.

PER CURIAM. Both parties treat this appeal as one arising upon the plaintiff's notice, dated July 28th, from an order, dated July 19th, setting aside a verdict and vacating a judgment entered in favor of the plaintiff, while the return dated May 25, 1905, discloses no such order, but a judgment entered April 12th, from which there is a notice, dated May 1st, of appeal by the defendant. Taking the appeal, last mentioned, but prior in date, as the one alone here to be considered, the judgment should be reversed, following Thomas v. Williams (decided by this court at the term in October last) 95 N. Y. Supp. 592, because of error in excluding evidence to show the instructions, if any, given by the defendant as to denying or inciting the denial to the plaintiff of full enjoyment of accomodation at the theater conducted by him for conditions not established by law and applicable alike to all citizens. Judgment reversed, and a new trial ordered, with costs to the appellant to abide the event.

SCOTT, P. J. (concurring). In my opinion the evidence was wholly insufficient to justify a submission of the case to the jury, and much less so to sustain a verdict for the plaintiff. I concur that the judgment must be reversed.

DOBBS, Respondent, v. BRINKERHOFF, Appellant. (Supreme Court, Appellate Division, Second Department. August 31, 1905.) Action by Joseph E. Dobbs against Chilion B. Brinkerhoff. No opinion. Motion denied. See 90 N. Y. Supp. 480.

DOBSON, Respondent, v. VILLAGE OF ONEIDA, Appellant. (Supreme Court, Appellate Division, Third Department. September 26, 1905.) Action by Victoria B. Dobson against the village of Oneida. No opinion. Motion denied.

DOHERTY, Respondent, v. NEW YORK & N. S. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. July 27, 1905.) Action by Ann Doherty against the New York & North Shore Railway Company. No opinion. Judgment and order unanimously affirmed with costs.

DONNELLY, Appellant, v. WHITAKER et al., Respondents. (Supreme Court, Appellate Division, First Department. December 22, 1905.)

Appeal from Special Term, New York County. Action by William F. Donnelly against Percival J. H. Whitaker and another. From an order granting defendants' motion to intervene, plaintiff appeals. Order modified, and, as modified, affirmed. W. L. Stone, Jr., for appellant. W. B. Irving, for respondents.

PER CURIAM. The order should be modified, so as to require the respondents to pay the costs of the action to the date of the order and $10 costs of motion, and, as thus modified, affirmed, without costs of appeal to either party.

DONOHUE, Respondent, v. TOENSING et al., Appellants. (Supreme Court, Appellate Division, First Department. November 10, 1905.) Action by Annie Donohue against Henry Toensing and others. A. P. Wagener, for appellants. J. W. Bryant, for respondent. No opinion. Judgment modified, by reducing the same as entered to the sum of $470.63, including costs, etc., and, as so modified, affirmed, without costs.

In re DONOHUE'S WILL. (Supreme Court, Appellate Division, Second Department. November 17, 1905.) In the matter of the probate of the last will and testament of George W. Donohue, deceased. No opinion. Motion to dismiss appeal granted, with costs, unless the appellant pay $10 costs and cause the printed papers on appeal to be served within 20 days. On compliance with these conditions the motion is denied, without costs.

DOUGLAS, Respondent, v. REYNOLDS, Appellant. (Supreme Court, Appellate Division, Third Department. September 26, 1905.) Action by Libbie C. Douglas against Egnos D. Reynolds.

PER CURIAM. Judgment and order affirmed, with costs.

CHESTER, J., dissents, on the ground that the verdict is against the weight of evidence.

DOWNS v. DOWNS et al. (Supreme Court, Appellate Division, Second Department. August 31, 1905. Action by Irving G. Downs against Nathan A. Downs, as executor, and others. No opinion. Order affirmed, with $10 costs and disbursements.

DROMS v. NEW YORK CENT. & H. R. R. CO. (Supreme Court, Appellate Division, Third Department. November 15, 1905.) Action by Christopher F. Droms against the New York Central & Hudson River Railroad Company. No opinion. Motion denied.

DRUAR, Respondent, v. JONES, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. July 31, 1905.) Action by John Druar against Robert W. Jones, impleaded, etc.

PER CURIAM. Judgment affirmed, with costs.

STOVER, J., not voting.

DUBROFF, Appellant, v. CURTIS BROS. LUMBER CO., Respondent. (Supreme Court, Appellate Division, Second Department. September 29, 1905.) Action by Abraham Dubroff against the Curtis Bros. Lumber Company. No opinion. Motion to resettle order denied.

DUBUC v. LAZELL, DALLEY & CO. (Supreme Court, Appellate Division, First Department. July 7, 1905.) Action by Stanislas Dubuc against Lazell, Dalley & Co. No opinion. Questions certified as in memorandum. See 94 N. Y. Supp. 1144, 1145.

DUFFY, Appellant, v. MAITLAND, Respondent. (Supreme Court, Appellate Division, First Department. November 10, 1905.) Action by Rachel Duffy against Thomas A. Maitland, as executor. C. C. Bennett, for respondent. No opinion. Judgment affirmed, with costs.

DUMONT, Respondent, v. MILLAR, Appellant. (Supreme Court, Appellate Division, First Department. July 7, 1905. Action by Earl R. Dumont against James D. Millar. J. S. Bizel, for appellant. R. F. Clarke, for respondent.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

PATTERSON, J., dissents.

In re DUNNING. (Supreme Court, Appellate Division, Second Department. November 24, 1905.) In the matter of the petition of Charles T. Dunning, special guardian of Catherine Berry Bell, an incompetent person, for the removal of John Berry and Jacob Berry as committee, etc. No opinion. Order affirmed, with $10 costs and disbursements.

DWIGHT v LAWRENCE. (Supreme Court, Appellate Division, First Department. October 13, 1905.) Action by Julia L. Dwight against Samual R. Lawrence. No opinion. Motion denied.

EASTHAMPTON LUMBER & COAL CO., Limited, Respondent, v. WORTHINGTON, Appellant. (Supreme Court, Appellate Division, Second Department. October 20, 1905.) Action by the Easthampton Lumber & Coal Company, Limited, against Laura T. Worthington. No opinion.

PER CURIAM. Judgment affirmed, with costs.

MILLER, J., dissents.

EASTHAMPTON LUMBER & COAL CO., Limited, Respondent, v. WORTHINGTON, Appellant. (Supreme Court, Appellate Division, Second Department. October 20, 1905.) Action by the Easthampton Lumber & Coal Company, Limited, against Louise Worthington.

PER CURIAM. Judgment affirmed, with costs.

MILLER, J., dissents.

ECKERSON et al., Respondents, v. ARCHER et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 29, 1905.) Appeal from Trial Term, Rockland County. Action by J. Esler Eckerson, individually and as executor, and others, against Charles D. Archer and another. From a judgment for